# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00596-CR

**Charles R. Branch, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 84-409-K, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charles R. Branch seeks to appeal from a judgment of conviction for delivery of a controlled substance. Sentence was imposed on May 2, 2006. There was a timely motion for new trial. The deadline for perfecting appeal was therefore July 31, 2006. Tex. R. App. P. 26.2(a)(2). Notice of appeal was filed on September 25, 2006. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   October 31, 2006

Do Not Publish